

**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

DATE June 26, 2015

Steve Asmussen Racing Stables
C/o Clark Brewster Esq.
Brewster & De Angelis Law Offices
2617 E 21st St
Tulsa, OK 74114

CASE NO: LS06 2014005547

Date 5.10.17
KENTUCKIANA Reporter Crystal Havens Exhibit # 2
Case
Deponent Scott Blasi

Dear Mr. Brewster Esq.:

The letter is in follow up to our telephone conversation on June 25, 2015 and discussion with Investigator Delgado and Investigator Vasquez. Your clients company was in compliance with New York State Labor Law 661 and Part 142-2.6, in which the company did keep contemporaneous time records for the week on site and stored at the bookkeepers' location for six years. . Steven Asmussen Racing Stables, KDE Equine LLC did provide any daily hours, when requested by the NYS Department of Labor.

New York State Labor Law Section 191.1a requires payment of wages weekly to manual workers for a for profit business. Section 195.1 requires the employer to provide each employee at the time of hire a notice containing the following information: rate or rates of pay, including overtime rate of pay; how the employee is paid: by the hour, shift, day, week, commission, etc.; regular payday; official name of the employer and any other names used for business (DBA); address and phone number of the employer's main office or principal location and Allowances taken as part of the minimum wage (tips, meal and lodging deductions) if applicable. The notice must be given both in English and in the employee's primary language. A copy must be given to each employee, and the employer must retain a copy. Your company did not provide the required notice of pay, when requested by the NYS Department of Labor.

Based upon your telephone call on June 25, 2015 and input from the two field investigators that reviewed the time records that the 661 NYS violation is being removed. Your williness and action to come into compliance with NYS Labor Law 191, we will lower the penalty to $1500 penalty for the two NYS Labor violations + wages and liquidated damages of $585.03;

Total due of $2,085.03 payable by July 10, 2015

Please be advised that failure to pay wages is a civil violation of Article 6 of the New York State Labor Law. Employers who violate the law are subject to civil action entailing the assessment of interest and penalties on the unpaid wages. The dissolution or bankruptcy of a business entity does not absolve the officers, agents, partners or owners from civil action arising from their failure to pay the wages required under the law.

**PAYMENT**

Phone: 518-457-2730 Fax: 518-457-8452
State Office Bldg. Campus Building 12, Rm. 185A   Albany, NY 12240-0125

www.labor.state.ny.us

KDE-MSJ000122



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Mario J. Musolino, *Acting Commissioner*

Please remit your check or money order payable to the Commissioner of Labor in the amount of **$2085.03**. This amount is broken down as follows:

| | |
|---|---|
| Minimum wage/overtime underpayment: | $468.02 |
| Liquidated damages: | $117.01 |
| Assessed Penalties | $1,500.00 |

Your remittance should arrive at our office by **July 10, 2015**.

Failure to respond as directed by **July 10, 2015**, <u>will</u> result in the issuance of an Order to Comply with interest; penalty of 200% on the wages; and increase the liquidated damages of to 100% liquidated damages as authorized by law and 16% interest from when the wages were due, <u>without further notice</u>. **New York State Labor Law holds owners and agents of a business personally responsible and liable for the payment of wages, fringe benefits and full compliance with the law. As such, the owners and agents of the above referenced company/ corporation will be named on the Order to Comply and are personally liable for the money due.**

Very truly yours,

*Kenneth Harnett* (signature)
Kenneth Harnett
Senior Labor Standards Investigator
518-457-1451

Phone: 518-457-2730 Fax: 518-457-8452
State Office Bldg. Campus Building 12, Rm. 185A   Albany, NY 12240-0125

www.labor.state.ny.us

KDE-MSJ000123