**Employee Personal Interview Statement**

**U. S. Department of Labor
Employment Standards Administration
Wage and Hour Division**

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage and Hour laws. While you are not required to respond, your cooperation is needed for the Wage and Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

**Date:** June 19, 2014

**Place of Interview:** EST

**Name of Employee:** ▮▮▮▮▮▮▮▮▮▮

**Address:** ▮▮▮▮▮▮▮▮▮▮

**Place of Employment:** KDE Equine, LLC

**Period of Employment:** ▮▮▮▮ present

**Occupation:** Hot walker

**Telephone:** ▮▮▮▮▮▮▮▮▮▮

Yes, they pay me $8.00 per hour plus overtime passing 40 hours a week. We come in at 5:00 a.m. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This is why the papers say this (times). At 1:00 p.m. (leave), and then from 3:30 p.m. to 4:30 p.m. and we also write down hours at night when the horses run. This is for an hour. Yes, the hours are accurate with what we work and what they pay. ▮▮▮▮▮▮▮▮▮▮ we did not write down hours but now we do. There are no posters here on the laws of minimum wage or anything. There are no children under age here. As a hotwalker I walk horses ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Translated by WHI Martinez**

*[signature]*

| | |
|---|---|
| **Employee Personal Interview Statement** | **U. S. Department of Labor**<br>**Employment Standards Administration**<br>**Wage and Hour Division** |

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage and Hour laws. While you are not required to respond, your cooperation is needed for the Wage and Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

**Date:** June 18, 2014

**Place of Interview:** EST

**Name of Employee:** [redacted]

**Address:** [redacted]

**Place of Employment:** KDE Equine, LLC

**Period of Employment:** [redacted] present

**Occupation:** [redacted]

**Telephone:** [redacted]

They pay me a fixed salary. They pay me [redacted] with taxes, and [redacted] without taxes. We write down the hours in and out. I am always here at 5:00 a.m. on the dot. Yes, daily we come in and out at 5:00 p.m. and there is no extra time. We work 7 days on the regular but there is also a half day off in the evening. It's 7.5 hours per day, and a rest. It's between 38 to 40 hours per week. The hours that I write down on the paper are accurate. I never work overtime, nor in the other stables in the other states. We work regular hours. There is no children under age here. Yes, there were posters here of the minimum wage and regulations. They always tell me what I will be earning.

Translated by WHI Martinez



**Employee Personal Interview Statement**

U. S. Department of Labor
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage and Hour laws. While you are not required to respond, your cooperation is needed for the Wage and Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

**Date:** June 19, 2014

**Place of Interview:** EST

**Name of Employee:**

**Address:**

**Place of Employment:** KDE Equine, LLC

**Period of Employment:** ▉ present

**Occupation:** Hotwalker

**Telephone:**

They pay me ▉ every two weeks. I work from 5:00 a.m. but I don't come in earlier than 5:00 a.m. It's always afterwards and then I leave at 10:00 a.m. and then from 3:30 p.m. to 4:30 p.m. This is all exact and paid with what I work. ▉ yes we did sign hours that were accurate. They only pay us for what is written down  I do not know anything about the United States department of Labor laws. There are no posters or advisements of the laws of the minimum wage here. As a hotwalker, we walk horses and we do cleaning outside and nothing else.

**Translated by WHI Martinez**

| | |
|---|---|
| **Employee Personal Interview Statement** | **U. S. Department of Labor**<br>**Employment Standards Administration**<br>**Wage and Hour Division** |

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage and Hour laws. While you are not required to respond, your cooperation is needed for the Wage and Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

Date: June 19, 2014

Place of Interview: EST ▓▓▓▓▓

Name of Employee: ▓▓▓▓▓

Address: ▓▓▓▓▓

Place of Employment: KDE Equine, LLC

Period of Employment: ▓▓▓▓▓ present

Occupation: Hot walker

Telephone: ▓▓▓▓▓

They pay me a salary every two weeks of ▓▓▓▓▓ every Friday (every two weeks). ▓▓▓▓▓ we arrive here 5:00 a.m. on the dot or 3 minutes past and I get out at 11:00 a.m. and then enter back at 3:30 p.m. to 5:00 p.m. for 7 days per week. There are no labor posters here or of the federal labor laws. Yes, they are accurate with what I write down or with what I daily work. Yes, I work more than 40 hours a week and I do not know if they are paid time and one half of my hourly rate? But, everything is accurate with what I work. Yes, they explained to me what I was going to earn more than $7.25 per hour, but they didn't explain overtime to me and they told me that I was going to walk the horses.

Translated by WHI Martinez  *[signature]*

**Employee Personal Interview Statement**

U. S. Department of Labor
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage and Hour laws. While you are not required to respond, your cooperation is needed for the Wage and Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

**Date:** June 19, 2014

**Place of Interview:** EST

**Name of Employee:** [redacted]

**Address:** [redacted]

**Place of Employment:** KDE Equine, LLC

**Period of Employment:** [redacted] present

**Occupation:** Hot walker

**Telephone:** [redacted]

I worked in [redacted] with Stave Asmussen. I started with Steve in [redacted]. Yes, we write down hours at [redacted] and this was after two detectives arrived in [redacted]. They don't pay me by the hour. They pay me every two weeks, like a fixed salary. Yes, the hours are accurate with what I sign. Also, I regularly come in at 3:00 p.m. to 5:00 p.m. on the dot. I do not know anything about labor laws. There are no posters here that explain the federals labor laws or the minimum wage. I do not know how they pay me passing 40 hours a week?

**Translated by WHI Martinez** [signature]

**Employee Personal Interview Statement**

U. S. Department of Labor
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage and Hour laws. While you are not required to respond, your cooperation is needed for the Wage and Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

Date: June 19, 2014

Place of Interview: EST

Name of Employee: [redacted]

Address: [redacted]

Place of Employment: KDE Equine, LLC

Period of Employment: [redacted] present

Occupation: Hot walker

Telephone: [redacted]

[redacted] hired me. No, I do not complete papers like the other people. I do not know how to write or read. I only write down my name and nothing else. I walk the horses and clean outside. I come in at 5:00 a.m. on the dot to 10:30 a.m./11:00 a.m. and then from 3:30 p.m. to 5:00 p.m. for 7 days a week. What they had promised me is what comes out in dollars every two weeks (salary). They give me a receipt but I do understand the money and it is accurate. Yes, I have seen that the hours match what I earn and work. I don't know anything about extra hours. They only told me that I was going to be paid every two weeks. They explained to me that I was going to write down the hours but I do not write down the hours on paper. [redacted] sends them (hours) for my payment. There are no posters here.

Translated by WHI Martinez

**Employee Personal Interview Statement**

**U. S. Department of Labor**
**Employment Standards Administration**
**Wage and Hour Division**

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage and Hour laws. While you are not required to respond, your cooperation is needed for the Wage and Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

**Date:** June 19, 2014

**Place of Interview:** EST

**Name of Employee:**

**Address:**

**Place of Employment:** KDE Equine, LLC

**Period of Employment:** present

**Occupation:** Groom

**Telephone:**

I work as a horse groom here at Churchill Downs. I give food, and take care of the horses. They pay me on a fixed salary. Including the taxes worked in New York. its  every two Fridays.  Daily, I have to sign out going out and this is every once and a while. A foreman hired me, but Darren is in charge of us. Yes, what I sign is accurate with what I work and they accurately pay. Yes, they pay me for extra hours past 40 and they pay me 1% if a horse wins that I care for and not anyone else (those who don't care for the horse(s). There are no posters here for anything about the minimum wage or overtime. Yes, they explained to me what I was going to earn and about overtime passing 40 hours. Everything is accurate with my hours. There is no one under 18 years old working here. Everything is accurate with my hours. I work 7 days per week of 5:00 a.m. – 11:00 a.m. and from 3:30 p.m. to 5:00 p.m.

Translated by WHI Martinez

| **Employee Personal Interview Statement** | **U. S. Department of Labor** |
|---|---|
| | **Employment Standards Administration** |
| | **Wage and Hour Division** |

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage and Hour laws. While you are not required to respond, your cooperation is needed for the Wage and Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

**Date:** June 19, 2014

**Place of Interview:** EST

**Name of Employee:** [redacted]

**Address:** [redacted]

**Place of Employment:** KDE Equine, LLC

**Period of Employment:** [redacted] present

**Occupation:** Groom

**Telephone:** [redacted]

They pay me [redacted] every two weeks. We come in at 5:00 a.m. to 11:00 a.m. and then return at 3:00 p.m. to 5:00 p.m. Yes, I pass 40 hours per week and they pay me time and one half. They also pay me extra if a horse wins at a minimum of 1% of the winners and nothing else. We write down the hours of every in and out and they are accurate per hour and out-ing that is worked. There are no children under age here. I check on horses, give water, clean stalls, give food, and all here on Churchill Downs. There are no posters here. I have never seen minimum wage posters or of overtime. No, they also never explained to me that I am going to earn a salary.

**Translated by WHI Martinez**