UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| EUGENE SCALIA,<br>Secretary of Labor, United States<br>Department of Labor, | )<br>)<br>) | Civil Action No. 3:15-CV-562-CHB |
| Plaintiff, | )<br>)<br>) | **JUDGMENT** |
| v. | )<br>) | |
| KDE EQUINE, LLC, et al., | )<br>) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Court's Orders issued on September 11, 2020, [R. 130], and simultaneously with this Judgment, **IT IS HEREBY ORDERED** as follows:

1. Judgment is entered in favor of Plaintiff, the Secretary of Labor, United States Department of Labor, against the Defendants, KDE Equine, LLC and Steve Asmussen, on the claims brought pursuant to Section 7, the overtime provision, of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* In accordance with Section 17 of the Act, 29 U.S.C. § 217, the Defendants are hereby restrained from withholding the payment of back wages in the amount of $211,541.76. Defendants shall immediately pay Plaintiff this amount.

2. Judgment is also entered in favor of Plaintiff, the Secretary of Labor, against the Defendants, KDE Equine, LLC and Steve Asmussen, on the claims brought pursuant to Section 11, the recordkeeping provision of the Act, for calendar years 2012, 2013, and 2014.

3. Judgment is entered in favor of the Defendants, KDE Equine, LLC and Steve Asmussen on the claims brought pursuant to Section 6 of the Act, the minimum wage provision. Defendants' Motion for Judgment pursuant to Rule 52(c) (contained in their Proposed Findings

- 2 -

of Fact and Conclusions of Law) was previously granted with respect to the minimum wage claims and denied in all other respects.

    4.    This matter is hereby **DISMISSED** and **STRICKEN** from the Court's docket.

    5.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 17th day of December, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record