# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF KENTUCKY

### LOUISVILLE DIVISION

| | |
|---|---|
| VINCENT N. MICONE, III,[1] <br> Acting Secretary of Labor, United <br> States Department of Labor, <br><br> Plaintiff <br><br> v. <br><br> KDE EQUINE, LLC, *et al.*, <br><br> Defendants | ) <br> ) <br> ) <br> ) Case No. 3:15-CV-562-CHB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

The Plaintiff, Vincent N. Micone, III, the Acting Secretary of Labor, U.S. Department of Labor, and the Defendants, KDE Equine, LLC and Steve Asmussen, in compliance with the Order issued on February 19, 2025, in the case above, state as follows:

1. Counsel for the parties conferred on February 24, 2025, over Microsoft Teams regarding trial dates, the time required for a trial, and the prospects of settlement. Prior to this call, the parties had not recently discussed settlement of the case.

2. Counsel for the Defendants believes referral to a Magistrate Judge could be productive. Counsel for the Plaintiff, however, does not believe referral to a Magistrate Judge would be productive after the discussions between counsel on February 24, 2025.

---

[1] Initially, this action was commenced in the name of Thomas E. Perez, Secretary of Labor, U.S. Department of Labor. *See* ECF No. 1. Counsel for the Plaintiff was thereafter informed that the Acting Secretary of Labor is now Vincent N. Micone, III. Therefore, Mr. Micone is automatically substituted as the Plaintiff, pursuant to Fed. R. Civ. Proc. 25(d), and the caption of this action is amended accordingly.

3. The parties are available for trial the week of August 25, 2025. The parties believe that this matter can be heard in 3 ½ days.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | JONATHAN L. SNARE<br>Acting Solicitor of Labor |
| POST OFFICE ADDRESS: | TREMELLE HOWARD<br>Regional Solicitor |
| Office of the Solicitor<br>U. S. Department of Labor | SCHEAN G. BELTON |
| 618 Church Street, Suite 230 | Associate Regional Solicitor |
| Nashville, Tennessee 37219<br>Telephone: (615) 781-5330 | MATT S. SHEPHERD |
| Fax No.: (615) 781-5321 | Counsel for Wage and Hour |
| shepherd.matt@dol.gov |  |
| motzny.thomas.j@dol.gov | /s/ Thomas J. Motzny |
| nash.fedcourt@dol.gov | THOMAS J. MOTZNY<br>Trial Attorney |
|  | U. S. Department of Labor<br>Attorneys for the Plaintiff |
| POST OFFICE ADDRESS: |  |
| Brewster & Deangelis, PLLC |  |
| 2617 E. 21st Street | /s/ Clark O. Brewster |
| Tulsa, Oklahoma 74114 | CLARK O. BREWSTER |
| Telephone: (918) 742-2021 | Brewster & Deangelis, PLLC |
| Fax No.: (918) 742-2197 | Attorneys for the Defendants |
| cbrewster@brewsterlaw.com |  |

## CERTIFICATE OF SERVICE

I certify that on February 26, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Thomas J. Motzny
THOMAS J. MOTZNY
U. S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, Tennessee 37219