## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF KENTUCKY

## LOUISVILLE DIVISION

| | | |
|---|---|---|
| LORI CHAVEZ-DEREMER,<br>Secretary of Labor, United States<br>Department of Labor,<br><br>Plaintiff<br><br>v.<br><br>KDE EQUINE, LLC, *et al.*,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:15-CV-562-CHB |

### NOTICE OF SETTLEMENT AND
### JOINT MOTION TO DISBURSE FUNDS DEPOSITED
### WITH THE CLERK OF THE COURT

The Plaintiff, the Secretary of Labor, U.S. Department of Labor, and the Defendants, KDE Equine, LLC and Steve Assmussen, state as follows:

1. This case arises under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq*. The case is currently on remand from the U.S. Court of Appeals for Sixth Circuit. The case is scheduled for trial on August 25, 2025, in Louisville, Kentucky. *See* ECF No. 180.

2. On May 6, 2025, the parties attended a mediation with Magistrate Judge Regina S. Edwards. At the mediation it was agreed that funds on deposit with the Court would be disbursed and that the Plaintiff agreed to dismiss the lawsuit.

3. The Defendants previously deposited $486,520.26 with the Clerk of the Court. One deposit, in the amount of $221,030.18, was made on or about March 26, 2021. *See* ECF No. 150. The Court stayed execution of the judgment after the case was appealed to the Sixth Circuit in January of 2021, on condition that the Defendants deposit this amount with the Clerk.

These funds represent the amount of the judgment entered against Defendants and the costs awarded to Plaintiff. *See* ECF No. 149. The Defendants made another deposit, in the amount of $265,490.08, on or about March 29, 2024. *See* ECF Nos. 169, 170. This deposit was made by the Defendants prior to the case being appealed to the Sixth Circuit a second time in March of 2024. These funds were deposited with the Clerk due to the additional amounts awarded to Plaintiff, which were later vacated by the Sixth Circuit. *See* ECF No. 175.

4.     Pursuant to the settlement reached by the parties it is requested that the Court issue an order directing the Clerk to disburse $350,000 to the Plaintiff, the Secretary of Labor, c/o Schean G. Belton, Associate Regional Solicitor, Office of the Solicitor, U.S. Department of Labor, 618 Church Street, Suite 230, Nashville, Tennessee 37219. The parties further request that the Court direct the Clerk to make the check payable to "Wage & Hour Division – Labor."

5.     The parties request that the Court direct the Clerk to disburse the remainder of the funds, $136,520.26, to the Defendants, c/o Clark O. Brewster, Brewster & De Angelis, PLLC, 2617 East 21st Street, Tulsa, Oklahoma 74114. The parties request that the Court direct the Clerk to make this check payable to KDE Equine, LLC.

6.     This settlement fully resolves the allegations of the Complaint, ECF No. 1, and the Amended Complaint, ECF No. 43. There has been no judicial finding that KDE Equine, LLC/Steve Asmussen engaged in willful conduct or an absence of good faith in connection with wage and hour regulations.

WHEREFORE, premises considered, the parties request that the Court issue an order directing the Clerk to disburse the funds as set forth herein. If the Court finds that this is the proper course of action at this point in the litigation, the parties further request that the Court issue an order dismissing this matter with prejudice in accordance with Fed. R. Civ. Proc. 41(a)(2), as all matters in controversy have now been resolved.

       Respectfully submitted,

JONATHAN L. SNARE
Acting Solicitor of Labor

POST OFFICE ADDRESS:

       TREMELLE HOWARD
       Regional Solicitor

Office of the Solicitor
U. S. Department of Labor
618 Church Street, Suite 230
Nashville, Tennessee 37219
Telephone: (615) 781-5330
*nash.fedcourt@dol.gov*
*shepherd.matt@dol.gov*
*motzny.thomas.j@dol.gov*

       SCHEAN G. BELTON
       Associate Regional Solicitor

       MATT S. SHEPHERD
       Counsel for Wage and Hour

       /s/ Thomas J. Motzny
       THOMAS J. MOTZNY
       Trial Attorney

       U. S. Department of Labor
       Attorneys for the Plaintiff

POST OFFICE ADDRESS:

Brewster & De Angelis, PLLC
2617 E. 21st Street
Tulsa, Oklahoma 74114
Telephone: (918) 742-2021
*cbrewster@brewsterlaw.com*

       /s/ Clark O. Brewster
       CLARK O. BREWSTER
       Brewster & De Angelis, PLLC
       Attorney for the Defendants

3

## CERTIFICATE OF SERVICE

I certify that on May 23, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Thomas J. Motzny
THOMAS J. MOTZNY
U. S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, Tennessee 37219